IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 12-507-2 |
| vs. | : | |
| KIMLY CHUM | : | |

### ORDER

AND NOW, this 10th day of April, 2013, upon consideration of the instant application, **it is hereby ORDERED** that Defendant Kimly Chum's Motion for Appointment of Immigration Counsel/Expert is **GRANTED**. Counsel for Ms. Chum is hereby authorized to spend up to $1500.00 for the expert services of Wayne Sachs, Esquire.

BY THE COURT:

**HONORABLE ANITA B. BRODY**
Senior United States District Court Judge

xc: Speedy Trial
Peter Mordeczko, Clerk's office

copies sent _____ to:

copies mailed 04-10-2013 to
Kimly Chum, Dft. #2
Wayne Sachs, Esq.